

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 1 3 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| RODOLFO BELTRAN<br>RAMIRO BELTRAN<br>RAMIRO BELTRAN JR.<br>RAUL BELTRAN JR.<br>RIGOBERTO BELTRAN | § § § § § § | V-16-4 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about March 2012, to on or about January 2013, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

RODOLFO BELTRAN,
RAMIRO BELTRAN,
RAMIRO BELTRAN JR.,
RAUL BELTRAN JR.
and RIGOBERTO BELTRAN,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than one thousand (1,000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about January 21, 2013, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

> RODOLFO BELTRAN,
> RAMIRO BELTRAN,
> RAMIRO BELTRAN JR.,
> RAUL BELTRAN JR.
> and RIGOBERTO BELTRAN,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than one hundred (100) kilograms of marihuana, that is, approximately two hundred seventy-two (gross weight) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney